**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ELBIT SYSTEMS, LTD., | ) |
| Plaintiff, | ) ) ) Case No. 09-cv-3176 |
| v. | ) ) Judge Gottschall |
| CREDIT SUISSE GROUP, | ) ) Magistrate Judge Cox |
| Defendant. | ) ) |

**DEFENDANT CREDIT SUISSE GROUP'S UNCONTESTED MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, Credit Suisse Group, by and through its attorneys Mayer Brown LLP, hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b), to extend the time in which Credit Suisse Group has to answer or otherwise plead in response to Plaintiff's Complaint in the above-captioned matter. In support of its Uncontested Motion, Credit Suisse Group states as follows:

1. Credit Suisse Group is a Swiss corporation with its principal place of business in Zurich, Switzerland.

2. Plaintiff's Complaint was filed on May 27, 2009.

3. Credit Suisse Group's due date by which to answer or otherwise plead is June 19, 2009 (Dkt. No. 7).

4. The undersigned did not become involved in this matter until after the filing of Plaintiff's Complaint and has not had sufficient time to evaluate Plaintiff's Complaint in order to formulate Credit Suisse Group's response thereto.

5. Credit Suisse Group therefore respectfully requests that this Court grant it an extension of time, up to and including July 20, 2009, to answer or otherwise plead in response to Plaintiff's Complaint.

6. This extension is not sought for the purpose of delay or harassment, but is sought in order to provide Credit Suisse Group and its counsel adequate time to discuss and prepare a proper responsive pleading. Plaintiff will not be prejudiced by the allowance of the requested extension.

7. Credit Suisse Group's counsel has conferred with counsel for Plaintiff regarding this Motion and Plaintiff's counsel has stated that he has no objection to, and will not contest, the Motion.

WHEREFORE, Defendant Credit Suisse Group respectfully requests that this Court grant it an extension of time, up to and including July 20, 2009, to answer or otherwise plead in response to Plaintiff's Complaint.

Dated: June 15, 2009

Respectfully submitted,

/s/ Britt M. Miller
Michele L. Odorizzi
Britt M. Miller
Jaime L. Stilson
MAYER BROWN LLP
71 South Wacker
Chicago, IL 60606-4637
(312) 782-0600
(312) 701-7711 – Facsimile

and

Andrew L. Frey
Mark G. Hanchet
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
(212) 262-1910 – Facsimile

*Attorneys for Defendant Credit Suisse Group*