**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ELBIT SYSTEMS, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 09-cv-3176 |
| v. | ) |
| | ) Judge Gottschall |
| CREDIT SUISSE GROUP, | ) |
| | ) Magistrate Judge Cox |
| Defendant. | ) |
| | ) |

**NOTICE OF MOTION**

TO:  Michael T. Brody                                          Andrew Weissman
     JENNER & BLOCK                                            Matthew W. Alsdorf
     330 N. Wabash Avenue                                      Elizabeth Genn
     Chicago, IL 60611-7603                                    JENNER & BLOCK
     Tel.: (312) 222-9350                                      919 Third Avenue, 37th Floor
                                                               New York, NY 10022
                                                               Tel.: (212) 891-1650

YOU ARE HEREBY NOTIFIED THAT on Thursday, June 18, 2009, at 9:30 a.m., in Room 2325, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Joan B. Gottschall, or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEFENDANT CREDIT SUISSE GROUP'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

Dated: June 15, 2009                                           Respectfully submitted,

                                                               /s/ Britt M. Miller
                                                               ----------------------------------
                                                               Michele L. Odorizzi
                                                               Britt M. Miller
                                                               Jaime L. Stilson
                                                               MAYER BROWN LLP
                                                               71 South Wacker
                                                               Chicago, IL 60606-4637
                                                               (312) 782-0600
                                                               (312) 701-7711 – Facsimile

        and

        Andrew L. Frey
        Mark G. Hanchet
        MAYER BROWN LLP
        1675 Broadway
        New York, NY 10019-5820
        (212) 506-2500
        (212) 262-1910 – Facsimile

        *Attorneys for Defendant Credit Suisse Group*